Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 20–51446–amk**

**In re:**
Industrial System Erectors, Inc.
1010 Springdale Road
Stow, OH 44224

**Social Security No.:**

**Employer's Tax I.D. No.:**
34–1489289

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☒ Kathryn A. Belfance Trustee is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☒ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** June 4, 2023　　　　　　　　　　　　　　**BY THE COURT**
Form ohnb136　　　　　　　　　　　　　　　　　　/s/ Alan M. Koschik
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge